

FLORIDA DEPARTMENT OF STATE
Division of Corporations

February 1, 2021

JOLIE N. PAVLOS, ESQ.
20 N. ORANGE AVE.
15TH FLOOR
ORLANDO, FL 32801

Pursuant to Chapter 48.161, Florida Statutes, a copy of the process and initial pleading, case number 6:20-CV-01149, was accepted for KIRKMAN MANAGEMENT, LLC, and was filed on January 29, 2021, at 04:00 PM.

Plaintiff(s)

OPHELIA WALKER,

-vs-

Defendant(s)

KIRKMAN MANAGEMENT, LLC, ET AL.

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

STANTON H ROBERTS
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 321A00002268

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| OPHELIA WALKER ) | | |
| ) | | |
| ) | | |
| ) | | |
| *Plaintiff(s)* ) | | |
| v. ) | Civil Action No. 6:20-CV-01149-ACC-EJK | |
| ) | | |
| KIRKMAN MANAGEMENT, LLC, ) | | |
| A FLORIDA LIMITED LIABILITY COMPANY, AND ) | | |
| HELEN JAMES, INDIVIDUALLY ) | | |
| ) | | |
| *Defendant(s)* ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
KIRKMAN MANAGEMENT, LLC
C/O SECRETARY OF STATE
P.O. Box 6327
Tallahassee, FL 32314


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
JOLIE N. PAVLOS, ESQ.
Morgan & Morgan, P.A.
20 N ORANGE AVE., 15th FlOOR
ORLANDO, FLORIDA 32801


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Magaly Justiniano

Date: December 16, 2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-01149-ACC-EJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: