# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**OPHELIA WALKER,**

    **Plaintiff,**

**vs.**

CASE NO.: 6:20-CV-01149-ACC-EJK

**KIRKMAN MANAGEMENT, LLC,**

    **Defendant.**    /

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

\_\_\_\_\_    have settled the case.

\_\_\_\_\_    have not settled the case but wish to continue settlement discussions

\_\_\_\_\_    wish to engage in a formal mediation conference before a specific mediator on or

        before a specific date.

  X    **have exhausted all settlement efforts and will immediately file a Case Management Report.**

Dated: August 24, 2021               Respectfully submitted,

| | |
|---|---|
| */s/ Jolie N. Pavlos*<br>JOLIE N. PAVLOS, ESQ.<br>Florida Bar. No 0125571<br>Morgan & Morgan, P.A.<br>20 N. Orange Ave., 15th Floor<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile: (407) 245-3401<br>E-mail**: JPavlos@forthepeople.com**<br>***Attorney for Plaintiff*** | */s/ David S. Cohen*<br>Law Offices of David S. Cohen, ESQ.<br>David Cohen & Lee Bernbaum<br>FL Bar No.: 0970638<br>5728 Major Blvd, Suite 550<br>Orlando, FL 32819<br>Phone: 407-354-3420<br>Fax: 407-354-3840<br>Email: david@dscohenlaw.com<br>lbernbaum@dscohenlaw.com<br>***Attorneys for Defendant*** |