UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OPHELIA WALKER,**

        **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　Case No. 6:20-cv-1149-ACC-EJK

**KIRKMAN MANAGEMENT, LLC**
**and HELEN KWOK,**

        **Defendants.**

## ORDER

This cause is before the Court on the parties' Second Amended Joint Motion for Settlement (Doc. 74) filed on March 11, 2022. The United States Magistrate Judge has submitted a report recommending that the Motion be granted. (Doc. 75).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed March 18, 2022 (Doc. 75) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1]As Judge Kidd noted in the Report and Recommendation, there is a scrivener's error in the Agreement (on Doc. 74-1 at 1 "the total settlement sum of FIVE THOUSAND AND 00/100 DOLLARS (USD) ($6,750)") which does not affect the fairness of the parties' settlement or preclude the Court from approving it because the total amount is actually $6,750.00. (*See* Doc. 75 at 5 n.3). The parties did not file any objections to the Report and Recommendation.

2. The parties' Second Amended Joint Motion for Settlement (Doc. 74) is hereby **GRANTED**.

3. The parties' settlement agreement (Doc. 74-1) is a "fair and reasonable" resolution of a bona fide dispute as required under *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982).

4. The case is **DISMISSED** with prejudice.

5. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on April 5, 2022.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record